UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., f/k/a MOTOROLA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD PICK, an individual, MERCY M. ABRAHAM, an individual, DOE INDIVIDUALS 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00236-MMD-GWH<br><br>ORDER |

Before the Court is plaintiff's application for a status check as to the disposition of its Motion to Remand to State Court by Plaintiff Motorola Solutions, Inc., (dkt. no. 13) pursuant to Local Rule 7-6(b). (*See* dkt. no. 25.) The Motion to Remand was filed on March 3, 2015, and was ripe and fully submitted to the Court on April 13, 2015. The Court disposes of pending civil motions in chronological order, except for those motions that require disposition on an expedited basis. The Court is working on motions submitted after February 28, 2015, and will be moving through them chronologically. Plaintiff's Motion to Remand does not fall within the category that requires expedited disposition and will therefore be decided in the order of pending motions in civil cases. Oral argument will be scheduled if the Court determines argument is necessary.

DATED THIS 1st day of October 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE